AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
*February 13, 2023*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Holmes RIASCOS GARCIA | ) | Case No. 4:23-mj-285 |
| | ) | |
| *Defendant(s)* | ) | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 31, 2019__ in the county of __Montgomery__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1542 | false statement in application and use of passport |

TRUE COPY I CERTIFY
ATTEST: February 13, 2023
NATHAN OCHSNER, Clerk of Court
By: *s/ Antonio B. Banda*
Deputy Clerk

This criminal complaint is based on these facts:

Holmes RIASCOS GARCIA, a Colombian national, knowingly and willingly assumed the identity of a U.S. Citizen in an attempt to defraud the U.S. Government by applying for a U.S. Passport in violation of Title 18 U.S.C. 1542

☑ Continued on the attached sheet.

*Complainant's signature*

Chris Beveridge, Special Agent
*Printed name and title*

Sworn to before me by telephone

Date: February 13, 2023

*Judge's signature*

City and state: Houston, TX

Dena H. Palermo, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | § | |
| Holmes Riascos Garcia | § | Case No. |
| | § | **4:23-mj-285** |
| | § | |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Chris Beveridge, being duly sworn, depose and state the following:

1. I am a Special Agent with the U.S. Department of State Diplomatic Security Service (DSS) since January 11, 2021. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the U.S. State Department Basic Special Agent Course. I have received and continue to receive, on an ongoing basis, training in the laws, rules, and regulations concerning the issuance and use of U.S. Passports and Visas. I have participated in several investigations, to include those involving passport and visa fraud, and identity theft in the course of my duties.

2. Prior to becoming a Special Agent, I was a certified Texas Peace Officer employed by the Houston Police Department (HPD). While employed by the HPD I was charged with answering calls for service (911 calls), conducting criminal investigations, and working in a plain-clothed capacity in assistance of criminal investigations.

3. This Affidavit is submitted in support of a criminal complaint charging Holmes RIASCOS GARCIA (hereinafter RIASCOS GARCIA) with committing a violation of the Title 18 U.S.C. § 1542, false statement in application and use of passport in the Southern District of Texas.

4. This Affidavit is being submitted for the limited purpose of securing a criminal complaint. I have not included each and every fact known to me concerning this

investigation; I have set forth only those facts I believe are necessary to establish probable cause that evidence of violation of 18 U.S.C. § 1542, false statement in application and use of passport, occurred on or about July 31, 2019, and was committed by RIASCOS GARCIA. Throughout this Affidavit, statements made by sources of information and other witnesses are set forth in substance and in pertinent part unless otherwise indicated. Further, the facts and circumstances of this investigation have not been set forth in pertinent part for the purpose of this Affidavit and do not include the complete factual history of this investigation, or all of its details.

## FACTUAL BASIS TO SUPPORT CRIMINAL COMPLAINT

5.  On August 21, 2019, the Houston Passport Office Fraud Prevention Unit (FPU) reviewed 2019 passport application #794146072 in the name Harry Edgardo Mattei and found multiple fraud indicators to include two previously submitted passport applications from York, PA in 2007 and 2008. Houston FPU also located a prior investigation conducted by DSS with regards to the 2007 and 2008 York, PA applications, DSS Case # PF-2008-09246. Houston FPU found the photograph affixed to the 2007 and 2008 passport applications showed to be the same person but did not match the photograph on the 2019 application. The Houston FPU referred the 2019 application to the DSS Houston Field Office (HFO) for investigation. HFO Investigative Specialist (IS) Michael Juge, whom I believe to be credible and reliable, received the case and reviewed the information provided by Houston FPU. IS Juge conducted additional law enforcement related database checks and found signs of possible fraud. IS Juge completed an intake report which comprised information found in law enforcement and open source databased. The case was then referred to Affiant for further investigation.

6. On March 7, 2022, I was assigned this case for further investigation. I reviewed the passport application and found that on July 31, 2019, RIASCOS GARCIA executed a DS-11, "Application for a U.S. Passport" at the Willis Post Office in Willis, TX located in the Southern District of Texas utilizing the identity of another individual, Harry Edgardo Mattei. On the DS-11 RIASCOS GARCIA alleged he was a U.S. citizen born on March 15, 1977, in Puerto Rico. As proof of citizenship and identity, RIASCOS GARCIA presented a Puerto Rico birth certificate and Texas Identification Card, #40271836, in the name Harry Mattei Cartagena. RIASCOS GARCIA listed his Social Security Number as 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. RIASCOS GARCIA, claiming to be Harry Edgardo Mattei, swore and affirmed to the passport acceptance agent that all information on the DS-11 was true and correct, and the photograph affixed to the application was a true likeness of himself.

7. I reviewed the intake report completed by IS Juge, along with documents provided by the Houston FPU. Within those documents contained the 2007 and 2008 York, PA passport applications, the 2019 passport application submitted by RIASCOS GARCIA, a copy of DSS investigation report from PF-2008-09246, among other documents.

8. I reviewed the two previously submitted York, PA passport applications from 2007 and 2008 and found they contained the same biographic information and the photographs affixed appeared to be the same person. I compared the 2007 and 2008 applications to the 2019 application submitted by RIASCOS GARCIA and found that the photographs affixed were not the same person; however, name, date of birth, and social security number were the same. I reviewed the report of investigation from DSS case

number PF-2008-09246 and learned that Special Agents with DSS interviewed Harry E. Mattei Cartagena (hereinafter Mattei) in York, PA. I learned from the report that Mattei retained a lawyer because someone in Texas was using his identity. The report documented that Mattei told DSS he had never been to Texas. I further learned from the report that DSS agents asked Mattei a series of questions relevant to Puerto Rico which Mattei was able to answer without issue. Investigation PF-2008-09246 concluded no fraud found and Mattei was his true identity.

9. I conducted a criminal history check of the name Harry Mattei-Cartagena and date of birth, March 15, 1977. I found two different FBI numbers, #625492HB9 and #55208WB0 related to that name and date of birth with different arrest histories.

10. Criminal history associated with FBI #625492HB9 returned three prior arrests in Ponce, Puerto Rico. Booking photograph from Ponce, Puerto Rico associated with this FBI number showed to be the same individual pictured on the 2007 and 2008 passport application, interviewed by DSS in York, PA and confirmed to be Harry E. Mattei.

11. Criminal history associated with FBI#55208WB0 returned several prior arrests and convictions all out of Houston, Harris County, Texas an alias, Juan Francisco Maldonado, two date of births, and a Texas ID#, 11489012, that came back to a different name and date of birth. I obtained a booking photograph via law enforcement databases from Texas Department of Criminal Justice Pardons and Parole associated with FBI#55208WB0. The individual in the photograph appeared to be the same individual whose photograph is affixed to the 2019 passport application.

12. I ran a criminal history check on the alias Juan Francisco Maldonado with date of birth October 10, 1972, obtained from the previous criminal history. A new alias and date

of birth was listed, Holmes RIASCOS-GARCIA November 13, 1972. I performed an open-source database check on the name Holmes RIASCOS-GARCIA and date of birth November 13, 1972, and found Texas ID #47179798. I compared the picture on the Texas ID to the photograph affixed to the 2019 passport application and found them to be the same person. I searched State Department database and found no visas or prior passport application for RIASCOS GARCIA. I searched United States Citizenship and Immigration Services (USCIS) database, and an Alien Files (A-File) was located for RIASCOS GARCIA which indicated his place of birth as Colombia and nationality as Colombian. USCIS sent Affiant a photograph of the individual which appeared to be the same person whose photograph is affixed to the 2019 passport application.

13. On March 29, 2022, I submitted a request to the U.S. Embassy in Bogota, Colombia for assistance in locating a birth record for RIASCOS GARCIA. On April 8, 2022, DSS special agents stationed in Colombia located and provided Affiant a Colombian birth record for Holmes RIASCOS GARCIA, date of birth November 13, 1972. I reviewed the Colombian birth record and found that it shows RIASCOS GARCIA's place of birth as Buenaventura, Valle, Colombia, his father as Jose Irene RIASCOS RIASCOS, and mother as Lilia Maria GARCIA de RIASCOS.

14. On April 18, 2022, I submitted a request for fingerprint comparison to the Texas Department of Public Safety (DPS) Austin Crime Laboratory (ACL) for comparison of thumbprints from Texas ID 40271836, ID used at time of submitting the passport application, bearing the name Harry Edgar Mattei Cartagena with Texas ID 47179798 bearing the name Holmes RIASCOS GARCIA. On June 10, 2022, I received the results

from Texas DPS ACL who found the ID's belonged to the same person and that the thumbprints associated with each ID's are the same.

## CONCLUSION

15. Based on the foregoing facts and circumstances, I respectfully submit there is probable cause to believe that on July 31, 2019, within the Southern District of Texas, Holmes RIASCOS GARCIA committed violations of Title 18 U.S.C. § 1542 (passport application fraud).

Respectfully submitted,

Christopher R. Beveridge, Special Agent
United States Department of State
Diplomatic Security Service

SUBSCRIBED and SWORN telephonically. Before me this 13th day of February 2023 and I find probable cause.

Dena H. Palermo
United States Magistrate Judge
Southern District of Texas

TRUE COPY I CERTIFY
ATTEST: February 13, 2023
NATHAN OCHSNER, Clerk of Court
By: _s/ Antonio B. Banda_
Deputy Clerk